U.S. DEPARTMENT OF JUSTICE · DRUG ENFORCEMENT ADMINISTRATION
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|

FILE TITLE

DATE  7-25-2019

DIVISION/DISTRICT OFFICE

Charleston Resident Office

I hereby acknowledge receipt of the following described cash or other items,
which was given into my custody by the above named individual

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
|  | Suspected marijuana; | |
|  | Undetermined amount U.S. currency; | |
| 1 Box | 357 Caliber bullets; | |
| 1 | Rossi 357 Revolver (loaded) bearing | |
|  | Serial # 15139182; | |
| 6 | Verizon flip phones | |

RECEIVED BY (Signature)

*B. McSheehy*

WITNESSED BY (Signature)

*J. Holbrook*

NAME AND TITLE (Print or Type)

Brandon McSheehy, SA

NAME AND TITLE (Print or Type)

TFO Jonathan Holbrook